UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WRIGHT, | ) Case No. CV 08-3209-AG(RC) |
| Plaintiff, | ) ORDER ADOPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED STATES |
| vs. | ) MAGISTRATE JUDGE |
| LEE BACA, LASD, LA COUNTY, HEALTH DELIVERY SYSTEM, | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) Judgment shall be entered dismissing the complaint and action without prejudice.

//

//

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, and the Magistrate Judge's Report and Recommendation by the United States mail on plaintiff.

DATED: August 26, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&R\08-3209.ado
7/30/08