UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WRIGHT, | ) Case No. CV 08-3209-AG(RC) |
| Plaintiff, | ) JUDGMENT |
| vs. | ) |
| LEE BACA, LASD, LA COUNTY, HEALTH DELIVERY SYSTEM, | ) |
| Defendants. | ) |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the complaint and action without prejudice for lack of diligent prosecution.

DATE: August 26, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

R&R\08-3209.jud
7/30/08